# STATE OF MICHIGAN

# COURT OF APPEALS

LAROSA BUTLER,

Plaintiff-Appellee,

v

GOLD MOUNTAIN INC, doing business as
EASY PICK FOOD MARKET,

Defendant-Appellant.

UNPUBLISHED
August 2, 2018

No. 336671
Wayne Circuit Court
LC No. 15-015302-NO

Before: BOONSTRA, P.J., and BECKERING and RONAYNE KRAUSE, JJ.

BECKERING, J. (*concurring*).

I concur in result only.

/s/ Jane M. Beckering